UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Ralph C. McCullough, as Plan Trustee | ) | |
| for the estates of HomeGold, Inc., | ) | **ORDER** |
| HomeGold Financial, Inc., and | ) | (Written Opinion) |
| Carolina Investors, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Robert A. Ashcraft, | ) | Civil Action No. 8:05-CV-0062-13 |
| | ) | |
| Robert A. Ashcraft | ) | Civil Action No. 8:05-CV-0383-13 |
| Douglas L. Wavle and Patricia A. Wavle | ) | Civil Action No. 6:05-CV-0384-13 |
| Douglas E. Sprayberry | ) | Civil Action No. 6:05-CV-0385-13 |
| K. Dean Pilgrim, Jean L. Pilgrim and | ) | |
| Stacey J. Pilgrim | ) | Civil Action No. 8:05-CV-0386-13 |
| Eder McKinney and Lucile McKinney | ) | Civil Action No. 8:05-CV-0387-13 |
| Richard H. Lee and Jeanne R. Lee | ) | Civil Action No. 8:05-CV-0389-13 |
| Jay Guerry and\Meri Guerry | ) | Civil Action No. 8:05-CV-0390-13 |
| Ronald R. Eades | ) | Civil Action No. 8:05-CV-0392-13 |
| Jerry A. Collier and Margaret L. Collier | ) | Civil Action No. 8:05-CV-0393-13 |
| Edward D. Paul and Nancy Coleman | ) | Civil Action No. 8:05-CV-0394-13 |
| Hazel H. Bryant and Austin Bryant | ) | Civil Action No. 8:05-CV-0395-13 |
| Robert L. Brown and Carmen L. Brown | ) | Civil Action No. 6:05-CV-0397-13 |
| Merle Ballard | ) | Civil Action No. 8:05-CV-0398-13 |
| Wylie A. Albertson and Helen G. Albertson | ) | Civil Action No. 8:05-CV-0399-13 |
| Rosemary M. Bryan | ) | Civil Action No. 8:05-CV-0429-13 |
| Gertrude Muth | ) | Civil Action No. 4:05-CV-0476-13 |
| Larry McFadden and David L. McFadden | ) | Civil Action No. 8:05-CV-0477-13 |
| John D. Kay | ) | Civil Action No. 6:05-CV-0543-13 |
| John A. Dotson, Jr. and Debra Dotson | ) | Civil Action No. 8:05-CV-0812-13 |
| William Rauschenbach | ) | Civil Action No. 8:05-CV-0974-13 |
| Radhika Rohit Engineer and | ) | |
| Rekha Rohit Engineer | ) | Civil Action No. 8:05-CV-0131-13 |
| Douglas F. Dorsey | ) | Civil Action No. 8:05-CV-1061-13 |
| | ) | |
| Defendants. | ) | |
| | ) | |

1

This matter comes before the Court on Defendants' Motion for Summary Judgment filed September 23, 2005. Counsel for Plaintiff and Defendants presented oral arguments before this Court on October 24, 2005. The Court denies Defendants' motion.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment be DENIED.

IT IS SO ORDERED.

G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

January  20 , 2006.